Fabian M. Rosimo, Zambales, Philippines, pro se.

Shelley D. Weger, Department of Justice, Jessica Johnson, Office of Personnel Management, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is. DISMISSED, for failure to prosecute in accordance with the rules.

**David C. POTTER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3085.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Hernan REBOYRAS, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2011–3083.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Hernan Reboyras, Tampa, FL, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

for failure to prosecute in accordance with the rules.

Mayra QUINONES–REBOYRAS, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2011–3082.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

Mayra Quinones–Reboyras, Tampa, FL, pro se.

Joseph A. Pixley, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

HOYT LIVERY INC. and Hoyt Limousine LLC, Plaintiffs–Appellees,

v.

Jean R. CHERIVAL (doing business as Hoyt & Universal Limousine LLC, Universal Limousine LLC, and Hoyt Limousine LLC), Defendant–Appellant,

and

John Roberts, Defendant.

No. 2011–1299.

United States Court of Appeals, Federal Circuit.

May 3, 2011.

John J. Morgan, Barr & Morgan, Jean R. Cherival, Stratford, CT, for Plaintiffs–Appellees.

Jean R. Cherival, Stratford, CT, for Defendant–Appellant.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit